GLPC LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 Glevy@glpcfirm.com (347) 941-4715

July 14, 2026

Hon. Judge Mary Kay Vyskocil
United States District Judge
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/15/2026

RE: WILLIAMS V. SWAUTO LTD., et al.
**Docket 1:26-cv-712**

Dear Judge Vyskocil:

This firm represents Plaintiff Jeffery Williams in the above referenced matter. The parties submit this correspondence jointly to request an adjournment of the initial pretrial conference currently scheduled for July 22, 2026. (Doc. 10).

Defendants filed their Answer on June 22, 2026. (Doc. 9). The parties have therefore not yet had a sufficient opportunity to conduct the required meet and confer and prepare the preconference submissions required by the Court.

The parties are also presently engaged in productive settlement discussions and respectfully request an additional 30 days to continue those discussions before appearing for an initial pretrial conference. The parties believe that the requested adjournment may allow them to narrow the issues or potentially resolve the matter without further Court intervention.

Accordingly, the parties jointly request that the July 22, 2026 conference be adjourned for approximately 30 days. I thank the Court for its time and consideration on this matter.

Sincerely,

Gabriel Levy, Esq.

**Granted. SO ORDERED.**
Conference is adjourned to August 25th, 2026 at 12pm.

Date: 7/15/2026
New York, New York

Mary Kay Vyskocil
United States District Judge